UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

-----------------------------------------------------------

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

-----------------------------------------------------------

| | |
|---|---|
| **This Document Relates to:** | **Chief Judge David R. Herndon** |

*Gipson v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:12-cv-10974-DRH-PMF

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

**HERNDON, Chief Judge:**

This matter is before the Court on the Bayer Defendants' motions for an order dismissing the above captioned plaintiff's claims without prejudice for failure to file an appearance as required by this Court's Order and Local Rule 83.1(g)(2).

Here, the Court granted a motion to withdraw filed by counsel (Doc. 9) and the Court allowed plaintiff an extension of time to find new counsel (Doc. 11). In the Orders granting leave to withdraw and allowing more time, the Court expressly provided that if plaintiff (or her new counsel) failed to file a timely supplementary entry of appearance, the action would be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the Court's Orders. To date, and in

violation of this Court's orders and Local Rule 83.1(g), plaintiff has not filed a supplementary appearance.

Plaintiff must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b). Accordingly, for the reasons stated herein, Gipson's claims hereby dismissed without prejudice.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2014.09.10
18:24:08 -05'00'

**Chief Judge**  **Date: September 10, 2014**
**United States District Court**